Case 2:17-cv-07999-AB-AFM Document 1 Filed 11/01/17 Page 1 of 9 Page ID #:1

FILED
ORIGINAL
2017 NOV -1 PM 4:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

1. Patrice Campbell (Full Name)
2. gospelaerobics@yahoo.com (Email Address)
3. 2164 Millcreek Way (Address Line 1)
4. Palmdale, CA 93551 (Address Line 2)
5. (661) 227-7035 (Phone Number)
6. Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PATRICE CAMPBELL,
PLAINTIFF,
vs.
United Airlines
DEFENDANT(S).

Case No. CV17-07999-CBM(AFMx)
(To be supplied by the Clerk)

**COMPLAINT FOR:**
Damages for violation Title VII; ADA, the Genetic information, Age Discrimination

**Jury Trial Demanded:** ☒ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under 28 USC sec 1331 due to federal question and 28 USC sec 1332 there is diversity and amount in controversy greater than $75,000

## II. VENUE

2. Venue is proper pursuant to __28 USC § 1391__ __because events happened in this district__

## III. PARTIES

3. Plaintiff's name is __PATRICE CAMPBELL__. Plaintiff resides at: __2164 Millcreek Way__ __Palmdale, CA 93551__

4. Defendant __United Airlines__ __233 So. Wacker Drive__ __Chicago IL 60606__

5. Defendant _____

*Page Number*

## IV. STATEMENT OF FACTS

Insert ¶ # I was employed by Defendant since March 29, 1999. On April 5, 2006 I was injured on the job as a customer service agent took leave under state workers compensation, State Disability. I was awarded workers compensation Benefits. In 2011 I was wrongfully terminated from

Insert ¶ # my job. When I complained to my union United Airlines reinstated me for two weeks to job search on line. Additional time to job search was denied. My flight benefits were not reinstated during the two week reinstatement to job search. On or about 2006, I filed a charge # 556-2009-00650 with the

Insert ¶ # US EEOC.

2

Page Number

_Insert ¶ #_ : Without a hearing the EEOC issued it file closure letter unable to conclude a violation of statues.

EEOC issued a Notice of Suit Right dated July 20, 2017. During July and early August 2017, I was away from my Palmdale residence to care for

_Insert ¶ #_ : my sick father. Therefore I did not recieve that EEOC notice until on or after August 4, 2017

_Insert ¶ #_

Page Number

Case 2:17-cv-07999-AB-AFM Document 1 Filed 11/01/17 Page 5 of 9 Page ID #:5

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( Violation of Title VII )
*insert title of cause of action*

(As against Defendant(s):  United Airlines

___: I was discriminated against because of my race. Other employees were not treated the same as me. I was required to submit more QME appoints (3 to be what I remember). One Medical QME stated

___: in her evaluation that I had an Agenda and that I was not injured at work. The workers compensation Judge ordered United to do a medical evaluation.

## SECOND CAUSE OF ACTION

( Retaliation )
*insert title of cause of action*

(As against Defendant(s)): _____

___ . I was retaliated against for filing a workers compensation claim against United Airlines. I was terminated and United Airlines tried to treat my injury as non-work related.

*Page Number*

### THIRD CAUSE OF ACTION

( Violation of APA )
*insert title of cause of action*

(As against Defendant(s): United Airlines )

Insert ¶ #: Due to my work related injury I was not offered reasonable accommodations due to my limitations to work.

Insert ¶ #: Similarly, I was terminated due to my age, over 40 years of age

Insert ¶ #:

Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* Damages in an amount in excess of $75000.00

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Dated: 11/1/17
Sign: [signature]
Print Name: PATRICE CAMPBELL

Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/1/17

Sign: _____

Print Name: PATRICE CAMPBELL